MONTGOMERY ACCEPTANCE CORPORATION, Respondent, *v.* ANNA COON, Appellant.

(Submitted December 14, 1933; decided December 15, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 561.)

In the Matter of the Claim of JOHN BOSCARINO, Respondent, against MILLER CABINET COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted December 14, 1933; decided December 15, 1933.)

Motion for reargument granted to the following extent:

Return of remittitur requested and when returned it will be amended by adding thereto the following: " The court considered the question as to whether section 15, subdivision 5-a, of the Workmen's Compensation Law (Laws of 1930, ch. 316, § 2) was violative of section 1 of the Fourteenth Amendment of the United States Constitution and found that the subdivision was constitutional." (See 263 N. Y. 581.)